**UNITED STATES of America,
Appellee,**

v.

**Dorian HARRIS, Defendant,**

**Shawn Young, Defendant–Appellant.**

**No. 09–1853–cr.**

United States Court of Appeals,
Second Circuit.

April 22, 2010.

Irving Cohen, Law Office of Irving Cohen, (Jonathan I. Edelstein, of counsel) New York, NY, for Appellant.

Avi Weitzman, Assistant United States Attorney, (Preet Bharara, United States Attorney, and Andrew L. Fish, Assistant United States Attorney, on the brief) United States Attorney's Office for the Southern District of New York, New York, NY, for Appellees.

PRESENT: ROGER J. MINER, JOSÉ A. CABRANES, and RICHARD C. WESLEY, Circuit Judges.

**SUMMARY ORDER**

On the basis of the record before us, including what we have learned at oral argument, we discern no error and therefore **AFFIRM** the judgment of the District Court.